AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN BREWER<br>544 Blue Jay Drive<br>Beaver, WV 25801<br>*Defendant* | )<br>)<br>)<br>) Case No. 5:16-00086<br>)<br>)<br>) |

FILED
MAY 23 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: United States Courthouse<br>110 N. Heber Street<br>Beckley, West Virginia | Courtroom No.: Second Floor |
|---|---|
| | Date and Time: 05/26/2016 1:30 pm |

This offense is briefly described as follows:

Title 18, United States Code, Section 371 - conspiracy to violate the Clean Water Act
Title 18, United States Code, Section 1341 - mail fraud
Title 18, United States Code, Section 1001 - false statements
Title 18, United States Code, Section 2 - causing the commission of mail fraud


Date: 05/11/2016

*Teresa L. Deppner\emb*
Issuing officer's signature

Teresa L. Deppner, Clerk
Printed name and title

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: May 18, 2016

*[signature]*
Server's signature

John D. Wooton
Printed name and title

# WOOTON | DAVIS | HUSSELL | ELLIS



**ATTORNEYS AT LAW**

201 N. Kanawha Street,
Beckley WV 25801
Phone (304) 255-2188 Fax (304) 255-2189

P.O. Box 2600
Beckley, WV 25802-2600

---

John D. Wooton     Jody Wooton     Christopher M. Davis     John F. Hussell, IV     Andrew L. Ellis

May 18, 2016

United States District Court Clerk
Southern District of West Virginia
110 N. Heber Street
Beckley, WV 25801

RE:    United States of America v. John Brewer
         Case No: 5:16-00086

Dear Clerk:

Enclosed please find the Return of the Summons in a Criminal Case regarding the above referenced matter. Please file in your usual manner.

Should you have any questions or need anything additional, please do not hesitate to contact me.

Very Truly Yours,
WOOTON, DAVIS, HUSSELL & ELLIS

John D. Wooton

JDW/lmd
Enclosure