# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case Number:   5:16-cr-00086 |
| ) | |
| **JOHN BREWER** ) | |

## O R D E R

At Beckley, on May 26, 2016, the Defendant appeared in person for the purpose of an Initial Appearance and Arraignment as previously scheduled by the Court.   Blaire Malkin, Assistant United States Attorney, was present for the United States, and John D. Wooton, retained counsel, was present for the Defendant.   Also present was Asa Gravley, United States Probation Officer.

The Court informed the Defendant of the charges in the case, of the Defendant's right to counsel, and of matters relating to conditions of release.   The Court further informed the Defendant that he was not required to make a statement and that any statement made by the Defendant may be used against him.

Immediately following the Initial Appearance, an Arraignment was held and the Arraignment Order and Standard Discovery Requests were completed.

Based on the Pretrial Services Report and the government's position with respect to bond, the Defendant was released on a Ten Thousand Dollar unsecured Appearance Bond and an Order Setting Conditions of Release as outlined under a separate Order.   John Wooton made an oral motion for the Defendant to be permitted to travel to Canada for a pre-paid trip; the Court **GRANTED** that request contingent upon the continuance of the trial date.   The Court further

instructed the Defendant to surrender his passport to Asa Gravley, United States Probation Officer, upon the Defendant's return from Canada.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

**ENTER:** May 27, 2016.

Omar J. Aboulhosn
United States Magistrate Judge